AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ben Ledbetter, Individually and as a Director
of City Services for the City of Charlestown
c/o Alex E. Gude and Meaghan K. Haller
BINGHAM GREENBAUM DOLL LLP
2700 Market Tower, 10 West Market Street, Indianapolis, IN 46204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-00047-RLY-DML |
| CITY OF CHARLESTOWN, INDIANA, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lisa Shultz
c/o Matthew J. Schad
George A. Budd, V
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dale May
c/o Matthew J. Schad
George A. Budd, V
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kirk Brown
c/o Matthew J. Schad
George A. Budd, V
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maria Sanchez
c/o Matthew J. Schad
George A. Budd, V
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Manuel Hernandez
c/o Matthew J. Schad
George A. Budd, V
SCHAD & SCHAD, P.C.
223 East Spring Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 4:19-cv-00047-RLY-DML |
| CITY OF CHARLESTOWN, INDIANA, et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John F. Neace
1638 East Market Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Jeffrey B. Fecht | Laura S. Reed |
| Riley Bennett Egloff LLP | Riley Bennett Egloff LLP |
| 141 East Washington Street | 141 East Washington Street |
| Fourth Floor | Fourth Floor |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend

*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* John Hampton
1638 East Market Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Pleasant Ridge Redevelopment, LLC
c/o Registered Agent, John W. Hampton
1638 E. Market Street
New Albany, IN 47150

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U.S. SPECIALTY INSURANCE COMPANY,

*Plaintiff(s)*

v.

CITY OF CHARLESTOWN, INDIANA, et al.,

*Defendant(s)*

Civil Action No. 4:19-cv-00047-RLY-DML

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neace Ventures, LLC
c/o Registered Agent, Aaron Burns
901 E. Liberty Street
Louisville, KY 40204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| U.S. SPECIALTY INSURANCE COMPANY,<br>*Plaintiff(s)*<br>v.<br>CITY OF CHARLESTOWN, INDIANA, et al.,<br>*Defendant(s)* | ) | Civil Action No. 4:19-cv-00047-RLY-DML |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Neace Enterprises, LLC
c/o S & H Louisville LLC, Registered Agent
400 West Market Street, Suite 1800
Louisville, KY 40202-3352

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey B. Fecht
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

Laura S. Reed
Riley Bennett Egloff LLP
141 East Washington Street
Fourth Floor
Indianapolis, IN 46204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT, Laura A. Briggs*

Date: 7/15/2019

BY: Laura Townsend
*Deputy Clerk*

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA